UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| SUZANNA BOWLING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>JOHNSON & JOHNSON, McNEIL-PPC, INC., and JOHNSON & JOHNSON HEALTHCARE PRODUCTS,<br><br>Defendants-Appellees. | Docket No. 14-4482<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)** |

Plaintiffs-Appellants Suzanna Bowling and Edward Buchannan (collectively, "Plaintiffs-Appellants") and Defendants-Appellees Johnson & Johnson, McNeil-PPC, Inc., and Johnson & Johnson Healthcare Products (collectively, "Defendant-Appellees"), by and through their respective counsel of record, hereby stipulate that the above-captioned appeal is withdrawn with prejudice, without costs or fees, pursuant to Federal Rule of Appellate Procedure 42(b).

1

Dated: June 11, 2015

By: *[signature]*
Neal J. Deckant

**BURSOR & FISHER, P.A.**
Neal J. Deckant
888 Seventh Ave
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
ndeckant@bursor.com

*Attorney for Plaintiffs-Appellants*

Dated: June 11, 2015

By: *[signature]*
Steven A. Zalesin

**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110
Facsimile: (212) 336-2111
sazalesin@pbwt.com

*Attorney for Defendants-Appellees*